1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JULIUS ANDERSON,

11            Plaintiff,                    No. CIV S-05-1035 LKK KJM P

12       vs.

13   MENDOZA, et al.,

14            Defendants.            ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  On December 20, 2005 plaintiff filed an amended complaint.

18   Because plaintiff may amend his complaint one time as a matter of right under Federal Rule of

19   Civil Procedure 15(a), the court will allow plaintiff to proceed on his amended complaint.

20            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of his First and Eighth Amendment

23   claims against defendant Mendoza.  Therefore, the court will order service of process on

24   defendant Mendoza.  With respect to the remaining claims and defendants identified in

25   plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which

26   relief can be granted.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Service is appropriate for defendant Mendoza.

3        2.  The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,

4  an instruction sheet and a copy of the amended complaint filed December 20, 2005.

5        3.  Within thirty days from the date of this order, plaintiff shall complete the

6  attached Notice of Submission of Documents and submit the following documents to the court:

7            a.  The completed Notice of Submission of Documents;

8            b.  One completed summons;

9            c.  One completed USM-285 form; and

10           d. Two copies of the endorsed amended complaint filed December 20,

11           2005.

12       4.  Plaintiff need not attempt service on defendant Mendoza and need not request

13  waiver of service.  Upon receipt of the above-described documents, the court will direct the

14  United States Marshal to serve defendant Mendoza pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED:  November 20, 2006.

17  _____
   U.S. MAGISTRATE JUDGE

18

19  1
   ande1035.1(12.20.05)

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JULIUS CARTER ANDERSON,

11          Plaintiff,                    No. CIV-S-05-1035 LKK KJM P

12       vs.

13   MENDOZA, et al.,                     NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          __1__      completed summons form

19          __1__      completed USM-285 forms

20          __2__      copies of the ____12/20/2005____
                                      Amended Complaint

21   DATED:

22

23          _____
                          Plaintiff
24

25

26