IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JULIUS ANDERSON,** | Case No. 2:05-cv-1035-LKK-KJM (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| **v.** | |
| **MENDOZA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Mendoza is granted a 30-day extension of time to respond to Plaintiff's Amended Complaint. Defendant's response to Plaintiff's Amended Complaint is due on or before April 3, 2007.

DATED: February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

05cv1035.o.0228.wpd
SA2007300186

[*Order*]

1