IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

       Plaintiff,               No. CIV S-05-1035 LKK KJM P

   vs.

MENDOZA, et al.,

       Defendants.         <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendant's May 2, 2007 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Plaintiff's May 23, 2007 request for an extension of time is granted; and

      2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's May 2, 2007 motion to dismiss.  Defendants' reply, if any, shall be filed seven days thereafter.

DATED:  June 1, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
ande1035.36(2)